IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| SUNDAY WALLACE, | * |
| Plaintiff, | * |
| v. | Case No. 1:23-CV-152(LAG) |
| | * |
| JANICE BROXTON, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 5, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 5th day of January, 2024.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk